RECEIPT # 56605
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 15 P 2: 16

DISTRICT COURT
DISTRICT OF MASS.

BABSON COLLEGE )
)
Plaintiff )
)
)
vs. ) Civil Action No.
)
PAUL D. REYNOLDS )
) 04-11336 RCL
Defendant )
) MAGISTRATE JUDGE Bowler
and )
)
JOHN AND JANE DOE(S) )
Reach and )
Apply Defendants )

## NOTICE OF REMOVAL

Pursuant to 28 U. S. C. §1441, defendant Paul D. Reynolds (" Reynolds") files this Notice of Removal and states:

1. Reynolds is the defendant in an action commenced against him by plaintiff in the Superior Court of the Commonwealth of Massachusetts for Suffolk County captioned Babson College v. Paul D. Reynolds and John and Jane Doe(s), Civil Action No. 04-2439-BLS2 (the "state action"). True copies of all process, pleadings and orders served on Reynolds in the state action are attached hereto as Exhibit A and specifically incorporated herein.

2. In its complaint, plaintiff Babson alleges that Reynolds's voluntary separation from Babson terminated his right to lawful possession of property, including confidential and proprietary information, relating to a certain Global Entrepreneurship Monitor (GEM) research project, that Reynolds possesses such property, and has thereby converted such property.