IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 22 A 10: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| BABSON COLLEGE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL D. REYNOLDS and JOHN )<br>AND JANE DOE(S) )<br>Defendants. )<br>) | Civil Action No. 04-11336 RCL |

### DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Defendant, Paul D. Reynolds, moves for an extension of time until July 14, 2004 to file an Answer, Affirmative Defenses and Counterclaims in response to Plaintiff, Babson College's complaint as Defendant and Plaintiff are in active settlement negotiations and to allow Defendant to find counsel. Plaintiff through its counsel has consented to this motion.

Dated: 22 JUNE 2004

PAUL D. REYNOLDS

/s/ Paul

507107.1

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I hereby certify that I have attempted to confer with counsel for the opposing party in order to resolve or narrow the issue.

Dated: 22 JUNE 2004

PAUL D. REYNOLDS

*[signature]*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing document was served on counsel for Plaintiff on even date herewith.

Dated: 22 JUNE 2004

By: *[signature]*
Paul D. Reynolds

507107.1