UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUL -2  P 3:43

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BABSON COLLEGE | )<br>)<br>) |
| Plaintiff | )<br>) |
| vs. | )<br>) |
| PAUL D. REYNOLDS | ) Civil Action No. 04-11336RCL<br>) |
| Defendant | )<br>) |
| and | )<br>) |
| JOHN AND JANE DOE(S)<br>Reach and<br>Apply Defendants | )<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendant, Paul D. Reynolds in the above matter.

Dated: July 2, 2004

Respectfully submitted,

Michael P. Boudett, BBO #558757
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:  (617) 832-1000
Facsimile:  (617) 832-7000

*Attorney for Defendant*
*Paul D. Reynolds*

FHBoston/1077412.1

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendants Paul D. Reynolds certifies that he did cause a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served on July 2, 2004 by hand upon the following counsel of record:   Robert B. Carpenter, Esq. 2 Seaport Lane, Suite 300, Boston, MA  02210.

*[signature]*
Michael P. Boudett