UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BABSON COLLEGE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL D. REYNOLDS | ) | Civil Action No. 04-11336RCL |
| | ) | |
| Defendant | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JOHN AND JANE DOE(S) | ) | |
| Reach and | ) | |
| Apply Defendants | ) | |

### NOTICE OF WITHDRAWAL OF ATTORNEY BRUCE D. JOBSE

Pursuant to Local Rule 83.5.2(c), Bruce D. Jobse hereby withdraws his appearance as one of the counsel of record for Defendant, Paul D. Reynolds in the above-captioned matter.

Dated: July 6, 2004

Bruce D. Jobse, Esq. BBO #558152
Kudirka & Jobse, LLP
One State Street, Suite 800
Boston, MA  02109
Telephone:  (617) 367-4600
Facsimile:  (617) 367-4656

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendant, Paul D. Reynolds, certifies that he did cause a true and correct copy of the foregoing NOTICE OF WITHDRAWAL to be served on July 6, 2004 by hand upon the following counsel of record:

> Michael P. Boudett, Esq.
> FOLEY HOAG LLP
> 155 Seaport Boulevard
> Boston, MA  02210
>
> Robert B. Carpenter, Esq.
> Seyfarth Shaw, LLP  2 Seaport Lane, Suite 300
> Boston, MA  02210

Bruce D. Jobse, Esq.