UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BABSON COLLEGE<br><br>      Plaintiff<br><br>vs.<br><br>PAUL D. REYNOLDS<br><br>      Defendant<br><br>and<br><br>JOHN AND JANE DOE(S)<br>      Reach and<br>      Apply Defendants | Civil Action No. 04-11336RCL |

### NOTICE OF WITHDRAWAL OF ATTORNEY M. LAWRENCE OLIVERIO

Pursuant to Local Rule 83.5.2(c), M. Lawrence Oliverio hereby withdraws his appearance as one of the counsel of record for Defendant, Paul D. Reynolds in the above-captioned matter.

Dated: July 6, 2004

*M. Lawrence Oliverio*
M. Lawrence Oliverio, BBO #378755
Kudirka & Jobse, LLP
One State Street, Suite 800
Boston, MA 02109
Telephone: (617) 367-4600
Facsimile: (617) 367-4656

FHBoston/1077718.1

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendant, Paul D. Reynolds, certifies that he did cause a true and correct copy of the foregoing NOTICE OF WITHDRAWAL to be served on July 6, 2004 upon the following counsel of record:

Michael P. Boudett, Esq.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210

Robert B. Carpenter, Esq.
2 Seaport Lane, Suite 300
Boston, MA 02210

M. Lawrence Oliverio, Esq.