IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BABSON COLLEGE,

        Plaintiff,

v.

PAUL D. REYNOLDS,

        Defendant.

Civil Action No. 04 CV 11336 (RCL)

## NOTICE OF APPEARANCE OF WILLIAM W. FICK

Please enter the appearance of William W. Fick as counsel for the defendant, Paul D. Reynolds.

Respectfully submitted,

PAUL D. REYNOLDS
By his attorneys,

_____
Michael P. Boudett, BBO No. 558757
William W. Fick, BBO No. 650562
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

DATED: July 14, 2004

- 2 -

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing notice was served by first class mail on July 14, 2004, upon all counsel of record.

_____
William Fick

FHBoston/1079626.1