UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
BABSON COLLEGE

        Plaintiff

v.                                    Civil Action 04-11336 RCL

PAUL D. REYNOLDS

        Defendant
```

## STIPULATION OF DISMISSAL
(With Prejudice)

IT IS HEREBY STIPULATED, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), that the Complaint be and hereby is dismissed, with prejudice and without costs to any party.

| BABSON COLLEGE | PAUL D. REYNOLDS |
|---|---|
| By its attorneys, | By his attorneys, |
| *Robert B. Carpenter* | *Michael P. Boudett* |
| Robert B. Carpenter BBO# 075220 | Michael P. Boudett BBO# 558757 |
| SEYFARTH SHAW, LLP | FOLEY HOAG LLP |
| World Trade Center East | World Trade Center West |
| Two Seaport Lane | 155 Seaport Boulevard |
| Suite 300 | Boston, MA 02210-2600 |
| Boston, MA 02210 | 617-832-1000 |
| 617-946-4800 | |

Dated: September 24, 2004

CERTIFICATION OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 10/6/04

*Robert B. Carpenter*

BO1 15659459.1